UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO. 92-81097 |
| | ) | |
| Plaintiff | ) | JUDGE PATRICK DUGGAN |
| | ) | |
| -vs- | ) | |
| | ) | |
| **WILLIAM McREYNOLDS** | ) | **ORDER** |
| | ) | |
| Defendant | ) | |
| | ) | |

For good cause shown, Wayne County Michigan Sheriff Warren Evans, shall extend all visitation privileges to Attorney Walter T. Madison as is consistent with Attorney visits extended to licensed Michigan counsel. This Order shall remain in effect as long as William McReynolds is housed in any Wayne County Correctional Facility.

DATE: SEPTEMBER 6, 2005           s/PATRICK DUGGAN

APPROVED:


\s\ Walter T. Madison
WALTER T. MADISON #0071722
Attorney for Defendant
(330) 376-2272