UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

       Plaintiff,

v.                                                                     Case No. 92-81097
                                                                       Honorable Patrick J. Duggan

WILLIAM MCREYNOLDS,

       Defendant.
_____/

## OPINION AND ORDER

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on October 10, 2007.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                 U.S. DISTRICT COURT JUDGE

On October 4, 2006, Defendant pled guilty pursuant to a Rule 11 Plea Agreement

to one count of conspiracy to possess with intent to distribute five kilograms or more of

cocaine.  This Court sentenced Defendant on May 22, 2007.  Presently before the Court is

Defendant's motion seeking the return of certain property in the possession of the Akron,

Ohio office of the Federal Bureau of Investigation.  At the Court's request, the

Government filed a response to Defendant's motion on August 27, 2007.

In his motion, Defendant fails to identify the property that he seeks returned.  He

also fails to cite any authority for this Court to order the return of said property.  To the

extent Defendant is relying on Rule 41 of the Federal Rules of Criminal Procedure, his

motion should be filed in the district where the property was seized.

Accordingly,

**IT IS ORDERED**, that Defendant's motion for the return of property is **DENIED**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Walter T. Madison, Esq.
AUSA Michael C. Leibson